UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Bonnie L Botoske <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:  17-21144 <br><br> Chapter: 13 <br> Honorable A. Benjamin Goldgar |

**ORDER GRANTING MOTION TO OBTAIN/INCUR DEBT**

THIS CASE COMING TO BE HEARD on the Motion of the Debtor to Obtain/Incur Debt, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is granted. The debtor is permitted to purchase a used 2018 Ford Focus or a similar vehicle, with an amount financed not to exceed $20,792.05, interest not to exceed 14.49%, and monthly payments not to exceed $436.67.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  February 08, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600